UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAYSON MELENDEZ-BONILLA, :
        Petitioner, :
 :
v. : No. 5:16-cv-06191
 :
THOMAS MCGINLEY, *SUPERINTENDENT*, :
THE DISTRICT ATTORNEY OF THE :
COUNTY OF BERKS, and :
THE ATTORNEY GENERAL OF THE :
STATE OF PENNSYLVANIA, :
        Respondents. :

# **O R D E R**

**AND NOW**, this 10th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Melendez-Bonilla's objections, ECF No. 17, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 9, is **ADOPTED in part** as stated in the Opinion;

3. The petition for writ of habeas corpus is **DENIED** and **DISMISSED** as follows:

    A. Claims One through Seven are dismissed as procedurally defaulted;

    B. Claims Eight through Eleven are denied on their merits;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge